Nettie E. Albro, Respondent, v. Adelbert Baldwin and Thomas Baldwin, as Administrators, etc., of Roger E. Baldwin, Deceased, Appellants.— Judgment modified by striking therefrom the award of costs and disbursements and as so modified unanimously affirmed, without costs of appeal to either party.

John B. Blake, Respondent, v. Emma Shoemaker, Appellant.— Order affirmed, without costs. All concurred.

Edward Bender, Appellant, v. Ed. C. Griffith, Respondent.— Judgment affirmed, with costs. All concurred.

Blanche Brandwein, Respondent, v. Harry Yohalem, Appellant.— Judgment and order unanimously affirmed, with costs.

Alonzo E. Burks, Respondent, v. The State of New York, Appellant. (Action Nos. 1 & 2.) — In each case judgment unanimously affirmed, with costs.

Clara G. Burks, Respondent, v. The State of New York, Appellant.— Judgment unanimously affirmed, with costs.

Citizens' National Bank of Saratoga Springs, New York, Respondent, v. Mary E. Gilbert, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The City of Ogdensburg, Respondent, v. Charles S. Bastion, Appellant.— Judgment unanimously affirmed, with costs.

Ira Du Bois, Respondent, v. Henry R. Brigham, Appellant.— Judgment and order unanimously affirmed, with costs.

Elmer Ellsworth, Respondent, v. Herman R. Finn, Appellant.— Interlocutory judgment affirmed, with costs, with leave to defendant, upon payment of such